# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

**ORDER**

November 13, 2023

*By the Court:*

| No. 23-3162 | GWYNETH GILBERT, et al.,<br>Plaintiffs - Appellants<br><br>v.<br><br>LANDS' END, INC. and LANDS' END OUTFITTERS, INC.,<br>Defendants - Appellees |
|---|---|
| **Originating Case Information:** ||
| District Court Nos: 3:19-cv-00823-jdp & 3:19-cv-01066-jdp<br>Western District of Wisconsin<br>District Judge James D. Peterson ||

A preliminary review of the short record indicates that the judgment is deficient. A judgment must provide relief to which the prevailing party is entitled. *Hyland v. Liberty Mutual Fire Ins. Co.*, 885 F.3d 482, 483 (2018). The judgment entered in this case fails to do so. All it says is that judgment is entered in favor of defendants and against plaintiffs. It fails to record the disposition of the case— who won and what they won. *See, e.g., Exelon Generation Co., LLC v. Local 15*, 540 F.3d 640, 643-44 (7th Cir. 2008). It also fails to make clear that some claims are dismissed with prejudice in accordance with the district court's order entered on October 4, 2023.

The parties should ensure that the district court has issued a fully compliant Rule 58 judgment. *See Armstrong v. Ahitow*, 36 F.3d 574 (7th Cir. 1994) (per curiam); *Tobey v. Extel/JWP, Inc.*, 985 F.2d 330, 331 (7th Cir. 1993). Indeed, the court has stressed the importance of a clear, definite and specific judgment and reminded counsel of their duty to request the court to enter a proper judgment if one has not been entered. *Health Cost Controls of Ill. v. Washington*, 187 F.3d 703, 708 (7th Cir. 1999). Accordingly,

**IT IS ORDERED** that both appellants and appellees file, on or before November 30, 2023, a brief memorandum stating why this appeal should not be remanded to the district court to enter a proper judgment.

Briefing shall be **SUSPENDED** pending further court order.